Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

Western Division

FILED
RICHARD W. NAGEL
CLERK OF COURT
2/7/2022

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

|  |  |
|---|---|
| *Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)* | ) Case No. 3:22-cv-39 <br> ) (to be filled in by the Clerk's Office) <br> ) <br> ) Jury Trial: *(check one)* ☑ Yes ☐ No <br> ) <br> ) <br> ) Judge Michael J. Newman <br> ) Magistrate Judge Peter B. Silvain Jr. |
| -v- | ) |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | ) <br> ) <br> ) <br> ) |

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brooke Danielle Harpest |
| Street Address | 222 Westhaven Drive |
| City and County | Troy        Miami County |
| State and Zip Code | Ohio       45373 |
| Telephone Number | 937-916-9720 |
| E-mail Address | brookeharpest@hotmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

**Defendant No. 1**

Name — Kettering Health Network

Job or Title *(if known)*

Street Address — Prestige PL , 9th Floor

City and County — Miamisburg, OH    Montgomery County

State and Zip Code — Ohio 45342

Telephone Number — 937-762-1623

E-mail Address *(if known)* — AccountsReceivable@ketteringhealth.org

**Defendant No. 2**

Name — Grandview Medical Center

Job or Title *(if known)*

Street Address — 405 W Grand Ave

City and County — Dayton    Montgomery County

State and Zip Code — Ohio  45405

Telephone Number — 937-723-3200

E-mail Address *(if known)*

**Defendant No. 3**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.  The Plaintiff(s)

1.  If the plaintiff is an individual

    The plaintiff, *(name)* **Brooke Danielle Harpest** , is a citizen of the
    State of *(name)* **Ohio** .

2.  If the plaintiff is a corporation

    The plaintiff, *(name)* , is incorporated

    under the laws of the State of *(name)* ,

    and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.  The Defendant(s)

1.  If the defendant is an individual

    The defendant, *(name)* , is a citizen of

    the State of *(name)* . Or is a citizen of

    *(foreign nation)*

2.  If the defendant is a corporation

    The defendant, *(name)* **Kettering Health Network** , is incorporated under
    the laws of the State of *(name)* **Ohio** , and has its
    principal place of business in the State of *(name)* **Ohio** .
    Or is incorporated under the laws of *(foreign nation)* ,
    and has its principal place of business in *(name)* **Dayton, Ohio** .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* Brooke Danielle Harpest , and the defendant, *(name)* Kettering Health Network , made an agreement or contract on *(date)* . The agreement or contract was *(oral or written)* written . Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

See attached Nurse Residency Agreement

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

See attached letters

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like for Kettering Health Network to wave the residency Program cost of $1,4,172.59 and pay all money back to me that I spent on lawyer fees. I would also like for state to evaluate the health care operations at Grandview medical Center for the safety of the patients.

Page 4 of 5

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

---

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case—related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   01/29/2022

Signature of Plaintiff    *Brooke Harpest, RN*

Printed Name of Plaintiff    *Brooke Harpest, RN*

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

| Print | Save As... | Add Attachment | Reset |

Brooke Harpest
222 Westhaven Drive
Troy, OH 45373



FOREVER / USA   FOREVER / USA   FOREVER / USA

Ohio Southern District Court
200 West second st.
Dayton, OH 45402

4540281443 C077